**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 19-21583-CIV-WILLIAMS**

MSPA CLAIMS 1, LLC,

     Plaintiff,

vs.

COVINGTON SPECIALTY
INSURANCE COMPANY,

     Defendant.

_____/

## ORDER

    **THIS MATTER** is before the Court on Magistrate Judge Edwin G. Torres' Report and Recommendation ("Report") on Defendant Covington Specialty Insurance Company's motion to dismiss.  (DE 79.)  In the Report, Judge Torres recommends that Defendant's motion be denied.  No objections to the Report were filed. Accordingly, upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** as follows:

    1.    Judge Torres' Report (DE 79) is **AFFIRMED AND ADOPTED**.

    2.    Defendant Covington Specialty Insurance Company's motion to dismiss (DE 61) is **DENIED.**

    **DONE AND ORDERED** in chambers in Miami, Florida this 8th day of October, 2020.

_____
KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE