UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 19-21583-CIV-WILLIAMS

MSPA CLAIMS 1, LLC,

    Plaintiff,

vs.

COVINGTON SPECIALTY
INSURANCE COMPANY,

    Defendant.

_____/

## FINAL JUDGMENT

**THIS MATTER** is before the Court following the entry of an order granting Defendant's motion for summary judgment. (DE 177). Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Judgment is entered in favor of Defendant Covington Specialty Insurance Company. Plaintiff MSPA CLAIMS 1, LLC shall take nothing from its claims.

2. All remaining motions are **DENIED AS MOOT**. The Clerk of the Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 12th day of July 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE